**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeremy J. Hartman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6735<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Erica L. Hartman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2307<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–33256–JNP | |

# Order of Discharge                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeremy J. Hartman                                   Erica L. Hartman
                                                    aka Erica L. Ponzetti

2/4/21                                              **By the court:** Jerrold N. Poslusny Jr.
                                                                       United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-33256-JNP |
| Jeremy J. Hartman | Chapter 13 |
| Erica L. Hartman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy J. Hartman, Erica L. Hartman, 356 Old River Road, Mays Landing, NJ 08330-1632 |
| cr | + | Nationstar Mortgage LLC, Stern, Lavinthal & Frankenberg, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Toyota Motor Credit Corporation, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | Toyota Motor Credit Corporation, as servicing agen, P. O. Box 9013, Addison, TX 75001-9013 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 515899860 | | Advanced Call Center Technologies, ATTN Rewards of Sport Mastercard, PO Box 9091, Gray, TN 37615-9091 |
| 515899861 | | Allied Interstate, LLC, ATTN Lowes, PO Box 1954, Southgate, MI 48195-0954 |
| 515986128 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515934316 | | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 515899871 | + | Dovenmuehle Mortgage Inc., 1 Corporate Dr., Suite 360, Lake Zurich, IL 60047-8945 |
| 515899874 | + | GMAC Mortgage, POB 4622, Waterloo, IA 50704-4622 |
| 515899875 | + | Helzberg Diamonds-Capital One, POB 30253, Salt Lake City, UT 84130-0253 |
| 515899878 | #+ | Integral Recoveries Inc., 750 W. Hampden Ave. Ste. 501, Attn: Ecardio, Englewood, CO 80110-2166 |
| 515899882 | | Kristin Hartman, 6 Melissa Ln, Pilesgrove Township, NJ 08098-2705 |
| 515986364 | + | Midland Credit Management Inc as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren MI 48090-2011 |
| 516442166 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P. O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, P. O. Box 619096, Dallas, TX 75261-9741 |
| 516442165 | | Nationstar Mortgage LLC, P. O. Box 619096, Dallas, TX 75261-9741 |
| 519035044 | + | Nicole Savage, Brock and Scott PLLC, 302 Fellowship Road, Mount Laurel NJ 08054-1218 |
| 515899889 | | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 515973636 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO BOX 9013, Addison, TX 75001-9013 |
| 515899899 | + | Universal Card CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 515899904 | + | Yamaha-Capital One, POB 30253, Salt Lake City, UT 84130-0253 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515899863 | | EDI: BANKAMER.COM | Feb 05 2021 01:23:00 | Bank Of Amerca, POB 982235, El Paso, TX 79998-2235 |
| 515899864 | + | EDI: CITICORP.COM | Feb 05 2021 01:23:00 | Best Buy- CBNA, POB 6497, Sioux Falls, SD 57117-6497 |

Case 15-33256-JNP   Doc 79   Filed 02/06/21   Entered 02/07/21 00:16:52   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| 515899865 | + EDI: CAPITALONE.COM | Feb 05 2021 01:23:00 | Boscovs-Capital One, POB 30253, Salt Lake City, UT 84130-0253 |
| 516031494 | EDI: BL-BECKET.COM | Feb 05 2021 01:23:00 | Capital One, N.A., c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 515899867 | + EDI: CITICORP.COM | Feb 05 2021 01:23:00 | Citi, POB 6241, Sioux Falls, SD 57117-6241 |
| 515899868 | EDI: CITICORP.COM | Feb 05 2021 01:23:00 | Citi, POB 6004, Sioux Falls, SD 57117-6004 |
| 515899870 | EDI: DISCOVER.COM | Feb 05 2021 01:23:00 | Discover Financial Services, POB 15316, Wilmington, DE 19850-5316 |
| 515899872 | EDI: CITICORP.COM | Feb 05 2021 01:23:00 | DSNB American Express, P.O. Box 8218, Mason, OH 45040 |
| 515899884 | EDI: CITICORP.COM | Feb 05 2021 01:23:00 | Macys-DSNB, POB 17759, Clearwater, FL 33762-0759 |
| 516104193 | EDI: Q3G.COM | Feb 05 2021 01:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 515899869 | + EDI: RMSC.COM | Feb 05 2021 01:23:00 | Dicks-GECRB, POB 965005, Orlando, FL 32896-5005 |
| 515908307 | EDI: DISCOVER.COM | Feb 05 2021 01:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515899873 | + EDI: WFNNB.COM | Feb 05 2021 01:23:00 | Express-Comenity Bank, POB 182789, Columbus, OH 43218-2789 |
| 515899876 | EDI: CITICORP.COM | Feb 05 2021 01:23:00 | Home Depot, POB 6497, Sioux Falls, SD 57117-6497 |
| 515899877 | EDI: IIC9.COM | Feb 05 2021 01:23:00 | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 515899879 | + EDI: RMSC.COM | Feb 05 2021 01:23:00 | JCPenney-GECRB, POB 965005, Orlando, FL 32896-5005 |
| 515899866 | EDI: JPMORGANCHASE | Feb 05 2021 01:23:00 | Chase, POB 15298, Wilmington, DE 19850-5298 |
| 515899880 | + Email/Text: BKRMailOPS@weltman.com | Feb 04 2021 21:04:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 515899881 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 04 2021 21:03:00 | Kohls-Capital One, POB 3115, Milwaukee, WI 53201-3115 |
| 515899883 | + EDI: RMSC.COM | Feb 05 2021 01:23:00 | Lowes-GECRB, POB 965005, Orlando, FL 32896-5005 |
| 515899885 | + EDI: FORD.COM | Feb 05 2021 01:23:00 | Mazda America Credit, POB 542000, Omaha, NE 68154-8000 |
| 515899886 | EDI: DAIMLER.COM | Feb 05 2021 01:23:00 | Mercedes-Benz Financial Services, 13650 Heritage Valley Parkway, Ft. Worth, TX 76177 |
| 515899887 | + EDI: WFNNB.COM | Feb 05 2021 01:23:00 | New York & Company, P.O. Box 182789, Columbus, OH 43218-2789 |
| 516108924 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Ace Hardware Corporation, POB 41067, Norfolk VA 23541 |
| 516108441 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 516108383 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o Sears Gold Mastercard, POB 41067, Norfolk VA 23541 |
| 516108438 | EDI: PRA.COM | Feb 05 2021 01:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 515899888 | + EDI: RMSC.COM | | |

Case 15-33256-JNP    Doc 79    Filed 02/06/21    Entered 02/07/21 00:16:52    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: 3180W | Total Noticed: 69 |

| Recip ID | | EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 05 2021 01:23:00 | Paypal-GECRB, POB 965005, Orlando, FL 32896-5005 |
| 515966535 | | EDI: Q3G.COM | Feb 05 2021 01:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515899890 | + | EDI: CITICORP.COM | Feb 05 2021 01:23:00 | Sears-CBNA, POB 6241, Sioux Falls, SD 57117-6241 |
| 515899892 | + | EDI: RMSC.COM | Feb 05 2021 01:23:00 | Sleepys-GECRB, POB 965036, Orlando, FL 32896-5036 |
| 515899893 | | EDI: TFSR.COM | Feb 05 2021 01:23:00 | Toyota Motor Credit, 4 Gatehall Dr., Ste 350, Parsippany, NJ 07054 |
| 515899894 | | EDI: TFSR.COM | Feb 05 2021 01:23:00 | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 515899895 | + | EDI: RMSC.COM | Feb 05 2021 01:23:00 | Toys R Us-GECRB, POB 965005, Orlando, FL 32896-5005 |
| 515899900 | | EDI: USBANKARS.COM | Feb 05 2021 01:23:00 | US Bank, POB 108, St. Louis, MO 63166-0108 |
| 515899896 | | EDI: URSI.COM | Feb 05 2021 01:23:00 | United Recovery Systems, ATTN Sears Gold Mastercard, 5800 N Course Dr, Houston, TX 77072-1613 |
| 515899897 | | EDI: URSI.COM | Feb 05 2021 01:23:00 | United Recovery Systems, ATTN The Home Depot, 5800 N Course Dr, Houston, TX 77072-1613 |
| 515899898 | + | EDI: URSI.COM | Feb 05 2021 01:23:00 | United Recovery Systems/, 5800 North Course Drive, Houston, TX 77072-1613 |
| 515899901 | | EDI: WFNNB.COM | Feb 05 2021 01:23:00 | Victorias Secret, POB 182789, Columbus, OH 43218-2789 |
| 517252134 | | EDI: WFFC.COM | Feb 05 2021 01:23:00 | WELLS FARGO BANK, N.A., WELLS FARGO BANK, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 515899902 | + | EDI: WFFC.COM | Feb 05 2021 01:23:00 | Wells Fargo Bank, POB 14517, Des Moines, IA 50306-3517 |
| 516083260 | | EDI: WFFC.COM | Feb 05 2021 01:23:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 519035045 | + | EDI: WFFC.COM | Feb 05 2021 01:23:00 | Wells Fargo Bank NA, 3476 Stateview Blvd, Fort Mill South Carolina 29715-7200 |
| 515899903 | + | EDI: WFFC.COM | Feb 05 2021 01:23:00 | Wells Fargo Home Mortage, PO Box 10335, Des Moines, IA 50306-0335 |
| 516038657 | | EDI: ECAST.COM | Feb 05 2021 01:23:00 | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Daimler Trust c/o BK Servicing, LLC, PO BOX 131265, Roseville, MN 55113-0011 |
| 517252135 | * | WELLS FARGO BANK, N.A., WELLS FARGO BANK, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 515899862 | ##+ | AMS Servicing Inc., 3374 Walden Ave., Depew, NY 14043-2437 |
| 515899891 | ## | Seneca Mortgage, 611 Jamison Rd, Elma, NY 14059-9392 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Toyota Motor Credit Corporation as servicing agent for Toyota Lease Trust NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeanette F. Frankenberg | on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com |
| Jeanie D. Wiesner | on behalf of Debtor Jeremy J. Hartman jwiesner@subranni.com dhoff@subranni.com;cwild@subranni.com;tom@subranni.com |
| Jeanie D. Wiesner | on behalf of Joint Debtor Erica L. Hartman jwiesner@subranni.com dhoff@subranni.com;cwild@subranni.com;tom@subranni.com |
| Nicholas V. Rogers | on behalf of Creditor WELLS FARGO BANK N.A. nj.bkecf@fedphe.com |
| R. A. Lebron | on behalf of Creditor SENECA MORTGAGE SERVICING LLC bankruptcy@fskslaw.com |

TOTAL: 11